**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 115 EAL 2018

                Respondent    :

                        :    Petition for Allowance of Appeal from
                        :    the Order of the Superior Court

           v.                  :

                        :

ISAAC CARMICHAEL,            :

                Petitioner    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 17th day of July, 2018, the Petition for Allowance of Appeal is **DENIED**.